UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEE ANDREW GRAY #12365-040,

        Petitioner,        Case No. 1:11cv1272

v.        Hon. Robert J. Jonker

UNITED STATES FEDERAL BUREAU OF PRISONS,

        Respondent.
_____/

**ORDER**
**APPROVING AND ADOPTING REPORT AND RECOMMENDATION**

    The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on October 11, 2012. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

    **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed October 11, 2012, is approved and adopted as the opinion of the court.

    **IT IS FURTHER ORDERED** that the Motion to Dismiss by Respondent is **GRANTED**. This matter is **CLOSED**.

                                  /s/Robert J. Jonker
                                  ROBERT J. JONKER
                                  UNITED STATES DISTRICT JUDGE

DATED: December 14, 2012.